| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Kelly Theresa Felder |
| Debtor 2 (Spouse, if filing) | Devon Lamont Felder, Sr. |
| United States Bankruptcy Court for the: | Southern District of Ohio (State) |
| Case number | 18-55647 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): 10-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 5 1 6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 10/5/18 | (5) | $ 550.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Kelly Theresa Felder | Case number (if known) | 18-55647 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ D. Anthony Sottile
Signature

Date  11 / 28 / 2018

Print: D. Anthony Sottile
First Name  Middle Name  Last Name

Title Attorney for Creditor

Company Sottile & Barile, Attorneys at Law

Address P.O. Box 476
Number  Street
Loveland, OH 45140
City   State   ZIP Code

Contact phone ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com

## Law Offices of Michelle Ghidotti
1920 Old Tustin Avenue
Santa Ana, CA 92705
Phone No.: (949) 427-2738
Fax: (949) 427-2732
Federal Tax ID: 45-5433295

Statement as of 11/5/2018
Statement no ▓

SN Servicing Corporation
Marianne Larkin
323 Fifth Street
Eureka, CA 95501

▓ Felder, Kelly and Devon; Loan No: ▓ Case No: 18-55647; Property

▓ Felder, Kelly and Devon; Loan No: ▓ Case No: 18-55647; Property

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/2018 | KM | Preparaton and Filing of Proof of Claim, including preparation of Attachment B410A. | 0.00 | 0.00 | 550.00 |
| | | Sub-total Fees: | | | $550.00 |

| | | |
|---|---|---|
| Total Current Billing: | | $550.00 |
| Total Now Due: | | $550.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-55647 |
| Kelly Theresa Felder<br>Devon Lamont Felder, Sr. | Chapter 13 |
| Debtor(s). | Judge Charles M. Caldwell |

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Post Petition Fee Notice was served **electronically** on November 28, 2018 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on November 28, 2018 addressed to:

Kelly Theresa Felder, Debtor
165 Fox Glen Drive East
Pickerington, OH 43147

Devon Lamont Felder, Sr., Debtor
165 Fox Glen Drive East
Pickerington, OH 43147

Respectfully Submitted,

/s/ D. Anthony Sottile
D. Anthony Sottile (0075101)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor